UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                -vs-

ANDREW COOK,
                                Defendant.
--------------------------------------------------------X

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

17-CR-00147

      PLEASE TAKE NOTICE, that upon the pleadings, papers, and motion annexed hereto, that Jeffery L. Greco, Esq., will, on a date and time to be specified, move this Court to be relieved as counsel of record for the Defendant Andrew Cook in the above-captioned action, and for such other and further relief as this Court shall deem just and proper.

March 06, 2017

                                                              Respectfully submitted,

                                                            /s/ Jeffery Greco
                                                         Jeffery L. Greco, Esq.
                                                         Greco Neyland, P.C.
                                                         535 5th Ave., 25th Floor
                                                         New York, NY 10017
                                                         P: (212) 951-1300
                                                         F: (212) 951-1302
                                                         C: (212) 810-1774
                                                         jeff@gnlaw.nyc