

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2017

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Andrew Cook, 17 Cr. 147 (LGS)

Dear Judge Schofield:

    As the Court is aware, current defense counsel, Jeffery Greco, Esq., has moved to withdraw as counsel in the above-referenced case. The Court today scheduled a conference for March 9, 2017 and directed the defendant to complete a financial affidavit.

    The Government therefore writes to respectfully request that the Court adjourn the time for the parties to submit a joint scheduling letter—per the Court's order dated March 6, 2017—until after the defendant has been appointed new counsel.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

by: ___/s/ Dina McLeod___
    Dina McLeod
    Assistant United States Attorney
    (212) 637-1040

cc: Jeffery Greco, Esq. (via ECF)