

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2017

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

     Re:    **United States v. Andrew Cook**, 17 Cr. 147 (LGS)

Dear Judge Schofield:

The parties write jointly to propose a schedule for discovery, the filing of motions, and dates for a status conference.

The Government expects to produce Rule 16 discovery to the defense by April 7, 2017. The parties request a 30-day period for the defense to review discovery. The parties propose that any defense motions be due by May 12, 2017, that Government responses be due by May 26, 2017, and any replies be due by June 2, 2017. The parties are available for a status conference on June 12, 13, or 14, 2017.

The Government requests that time under the Speedy Trial Act be excluded from today through the date of the status conference, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice are served by this exclusion of time so that the defense may review discovery and contemplate any motions, and so that the parties may discuss a disposition. Defense counsel consents to the exclusion of time.

Respectfully submitted,

By:/s/ Dina McLeod                 /s/ Matthew D. Myers
    Dina McLeod                     Matthew D. Myers
    Assistant United States Attorney     Myers Singer & Galiardo, LLP
    (212) 637-1040                 (212) 986-5900