```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                              Plaintiff,                      :
                                                              :        17 Cr. 147 (LGS)
               -against-                                      :
                                                              :        SCHEDULING ORDER
ANDREW COOK,                                                  :
                              Defendant,                      :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the parties filed a letter dated March 2, 2017 stipulating to a date for the production of Rule 16 discovery, a briefing schedule for pretrial motions, and making an application to exclude time. (Dkt. No. 30) It is hereby

**ORDERED** that the stipulated dates are approved. The Government shall produce Rule 16 discovery by **April 7, 2017**. Defendant's motions, if any, shall be filed by **May 12, 2017**. The Government's response, if any, shall be filed by **May 26, 2017**. Defendants' reply, if any, shall be filed by **June 2, 2017**. It is further,

**ORDERED** that the parties shall appear for a status conference on **June 21, 2017, at 10:30 a.m**. It is further,

**ORDERED** that the letter motion at docket number 26 is DENIED as moot. It is further,

**ORDERED** that for the reasons stated in the parties' March 13, 2017, letter, the Court finds that the ends of justice served by excluding the time between today and June 21, 2017, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and June 21, 2017, is hereby excluded.

The parties are warned that any discussions regarding the possible disposition of this matter will not stay the aforementioned schedule.

The Clerk of the Court is directed to terminate the letter motions at docket numbers 26 and 30.

Dated: March 13, 2017
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE