UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | **ECF CASE** |
| UNITED STATES OF AMERICA | ) |  |
|  | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) | **FOR ELECTRONIC NOTIFICATION** |
|  | ) |  |
| ANDREW COOK, | ) | 17 CR. 147 |
|  | ) |  |
| Defendant . | ) |  |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                    Respectfully submitted,

                                                    JOON H. KIM
                                                    Acting United States Attorney for the
                                                    Southern District of New York

                                      by: _____
                                                    Michael C. McGinnis
                                                    Assistant United States Attorney
                                                    (212) 637-2305

CC: All Counsel of Record via ECF