*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2017

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2017

Application DENIED. The status conference scheduled for June 21, 2017, shall proceed as scheduled. The Court will set a firm trial date at this conference. The Clerk of the Court is directed to terminate the motion at docket number 36.

Dated: June 20, 2017
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States** v. **Andrew Cook**, 17 Cr. 147 (LGS)

Dear Judge Schofield:

    I write with the consent of the defendant to request an adjournment of the status conference currently scheduled for June 21, 2017 at 10:30 a.m. in the above-captioned matter. The parties are currently discussing a pretrial disposition of this case and request additional time to continue the discussions. The parties are available for a conference with the Court the week of July 17, 2017. This is the Government's first request for an adjournment, and the defendant consents to this request.

    The Government requests that time under the Speedy Trial Act be excluded from today through the date of the status conference, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice are served by this exclusion of time so that the defense may continue to review discovery and so that the parties may discuss a potential pretrial disposition.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney for the
    Southern District of New York

By:_____
    Michael C. McGinnis
    Assistant United States Attorney
    (212) 637-2305

cc:   Counsel of Record (by ECF)