```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA,                                 :
                                         Plaintiff,         :
                                                            :         17 Cr. 147 (LGS)
               -against-                                    :
                                                            :         SCHEDULING ORDER
  ANDREW COOK,                                              :
                                         Defendant,         :
----------------------------------------------------------- X
```

<div style="float:right">USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 06/21/2017</div>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a conference was held before the Court on June 21, 2017.  It is hereby,

    **ORDERED** that the parties shall file by **August 17, 2017** any motions in limine, and by **August 24, 2017,** any responses to the motions.

    **ORDERED** that the parties shall file by **August 24, 2017**, a joint statement as provided in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties.

    **ORDERED** that the parties shall appear for a final pretrial conference on **September 7, 2017 at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square, New York, New York, 10007.

    **ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed.

    **ORDERED** that a jury trial is scheduled to begin on **September 11, 2017 at 9:45 a.m.** The parties are reminded that any discussions regarding the possible disposition of this matter

will not stay this schedule.  Furthermore, no extensions will be granted absent extraordinary circumstances.

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today until September 7, 2017, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).

Dated:  June 21, 2017
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**