hau2cooc kjc

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,              New York, N.Y.

4               v.                          17 Cr. 147(PKC)

5    ANDREW COOK,

6                    Defendant.

7    ------------------------------x

8                                           October 30, 2017
                                            12:05 p.m.
9

10   Before:

11                     HON. P. KEVIN CASTEL,

12                                          District Judge

13

14                          APPEARANCES

15
     JOON H. KIM
16        Acting United States Attorney for
          the Southern District of New York
17   BY:  MICHAEL McGINNIS
          Assistant United States Attorney
18

19   MYSLIWIEC, MIEDEL & MYSLIWIEC, LLP
          Attorneys for Defendant
20   BY:  AARON J. MYSLIWIEC

21

22

23   ALSO PRESENT:

24   ABIGAIL SHUSTER, Paralegal

25
```

hau2cooc kjc

1              THE COURT:  This is United States v. Andrew Cook.

2              For the government.

3              MR. McGINNIS:  Good morning, your Honor.  Michael

4    McGinnis for the United States.

5              THE COURT:  And for the defendant.

6              MR. MYSLIWIEC:  Good morning, your Honor, Aaron

7    Mysliwiec for Mr. Cook, and I am joined by Abigail Shuster of

8    my office.

9              THE COURT:  Good morning to you both.

10             Let me inquire.  You are fully retained for this

11   matter, is that correct?

12             MR. MYSLIWIEC:  That's correct.

13             THE COURT:  What is the status of the other lawyers

14   who have entered notices of appearance?  There was a Mr. Greco;

15   of course, Ms. Willis; there seems to be a Mr. Myers and a

16   Mr. Schwartz.

17             Are any of these in the case?

18             MR. MYSLIWIEC:  Not any longer, depending upon what

19   you determine today, your Honor.  Mr. Myers was the last lawyer

20   who was in the case.

21             THE COURT:  And where is he today?  You don't know.

22             Does the government know where he is?

23             MR. McGINNIS:  No, your Honor.

24             MR. MYSLIWIEC:  I have spoken with him a couple of

25   times, and I am talking to him again today, to the extent that

hau2cooc kjc

1    that is useful for your Honor.

2              (Pause)

3              THE COURT:  Who is Mr. Schwartz?  David A. Schwartz,

4    retained.

5              MR. MYSLIWIEC:  He was originally a lawyer who was

6    on -- this case started in New Jersey state court, and David

7    Schwartz was representing Mr. Cook there.  He wasn't -- he

8    didn't end up being retained to represent him on the federal

9    matter.

10             THE COURT:  All right.  He shows up on the docket

11   sheet, but apparently Mr. Myers has appeared in this action and

12   he remains as counsel of record in this action.

13             You have filed a notice of appearance, correct?

14             MR. MYSLIWIEC:  That's correct.

15             THE COURT:  So you also are counsel in this action,

16   but, as Mr. Myers knows, or should know, you don't drift out of

17   a case -- is that Mr. Myers?

18             MR. MYERS:  It is.

19             THE COURT:  Oh.  Thank you.

20             MR. MYERS:  Matthew Myers, M-y-e-r-s.

21             THE COURT:  Mr. Myers, you can ignore the message that

22   I left with your office just a moment ago.

23             MR. MYERS:  Okay.  The clerk was supposed to call from

24   magistrate court up here.  In the middle of the allocution I

25   literally told the clerk, where I have been for an hour, so I

hau2cooc kjc

1    wouldn't be rude in being late.

2           THE COURT:  I didn't say you were rude.  I said I

3    called your office and I left a message and you can disregard

4    the message, Mr. Myers.

5           MR. MYERS:  Oh, I thought that you didn't get the call

6    from magistrate court.

7           THE COURT:  I got no call.

8           MR. MYERS:  That's what I am apologizing for.

9           THE COURT:  Okay.

10          (Pause)

11          THE COURT:  We did not get a identification from

12   magistrate's court of who they were calling about, so we did

13   not know, otherwise we wouldn't be having this conversation.

14          MR. MYERS:  At 11:15 I made sure I told the clerk that

15   this allocution is going to go too long.  I apologize.

16          THE COURT:  All right.  They got half of a message,

17   but not the entirety.

18          MR. MYERS:  Okay.  Sorry for the confusion.

19          THE COURT:  All right.

20          What is Mr. Cook's application at this stage?

21          MR. MYSLIWIEC:  His application is to have me appear

22   in the case and replace Mr. Myers.

23          THE COURT:  Mr. Myers, do you have any objection to

24   that?

25          MR. MYERS:  No objection.

hau2cooc kjc

1          THE COURT:  Mr. Cook, you heard what the lawyers have

2     just said.  They are reporting to me that you wish to have

3     Mr. Myers withdraw from this action and, Mr. Cook, you wish to

4     have Mr. Mysliwiec represent you in this action.  Is that

5     correct.

6          THE DEFENDANT:  Yes, your Honor.

7          THE COURT:  And you understand that this is a very

8     serious step and that it is not likely that I will grant

9     further time relating to a substitution of counsel in this

10    case.

11         THE DEFENDANT:  Yes, your Honor.

12         THE COURT:  Mr. Myers, it is your desire and request

13    to withdraw from the action?

14         MR. MYERS:  Yes, your Honor.

15         THE COURT:  All right.  That application is granted,

16    and you are deemed withdrawn from the action, and your role in

17    the case is terminated.  I trust and know that, as a member of

18    the bar of this court, you will cooperate with new counsel to

19    make sure that he is up to speed on everything.

20         MR. MYERS:  Certainly.

21         THE COURT:  Thank you.  You are excused.

22         MR. MYERS:  Thank you.  Good luck.

23         THE DEFENDANT:  Thank you.

24         THE COURT:  Let me hear your application with regard

25    to schedule here.  I had set a date for counsel to advise

hau2cooc kjc

1    whether there are any motions to be made in this case, and now

2    what would you like me to do?  Let me hear it.

3              MR. MYSLIWIEC:  So, your Honor, I have the same

4    application I made when I filed my letter concurrently with

5    filing the notice of appearance.  I have already, in

6    anticipation of the possibility of being retained, I have

7    already reviewed the docket, past filings in the case.  I have

8    reviewed all of Mr. Myers' file in the case.  I have begun

9    reviewing what I had, which are three disks of discovery.  The

10   government has informed me it is about a half terabyte of

11   information all together.  I made headway on that last week and

12   over the weekend and, as I indicated in the letter, this would

13   be about the fifth case I have represented someone in the

14   Southern District of New York where the allegations are based

15   on allegations of a synthetic controlled substance.  None of

16   the other cases involved MXE, which is the acronym for the

17   substance here, but I have worked with experts who are the

18   same, essentially, the same field of experts who would be

19   involved in this case.  I have already consulted one of those

20   experts about MXE.  There has been some other litigation in the

21   country in the District of Kansas where MXE was one of the

22   substances, I have reached out to that practitioner regarding

23   expert reports that were filed in that case and some litigation

24   that was involved in that case.  So I have moved as quickly as

25   possible in the short term that I have become aware of the

hau2cooc kjc

1    possibility of coming into the case.

2         All that being said, I think the motion deadline had

3    been October 27. I consulted with the government, both about

4    other kinds of issues and the motion deadline, asked them if

5    they had any objection to a November 30 motion date. They have

6    no objection. I could guarantee the court that, if I choose to

7    file motions, I could make that November 30 date.

8         THE COURT: I am looking to have you report to me

9    whether you have any motions you wish to make in the case, and

10   then I know what kind of a schedule to set.

11        MR. MYSLIWIEC: I could give you a sense right now of

12   what the two most likely motions are.

13        THE COURT: Yes, okay. Go ahead.

14        MR. MYSLIWIEC: The first motion is there was a search

15   of his residence. There was a search -- there were search

16   warrants obtained in New Jersey for that search, but there

17   might be some issues about whether or not information was

18   properly relayed to the court and whether there was a proper

19   basis for the court to grant those search warrants.

20        THE COURT: That would relate to the face of the

21   warrant application and the warrant itself.

22        MR. MYSLIWIEC: Yes, your Honor.

23        THE COURT: Go ahead.

24        MR. MYSLIWIEC: So that's one area.

25        The second issue is more likely, again, I have done

hau2cooc kjc

1   some research on the Federal Analogue Act, I'm not all the way

2   through that research.  I think there have been constitutional

3   challenges to the act that have failed.  There, I think, have

4   been -- there may be at least one constitutional challenge as

5   applied with respect to a specific substance that was at issue

6   in that case.  I would anticipate the possibility of a

7   constitutional challenge as applied in this case being another

8   possible motion.  Again, I have more research to do.  My

9   understanding is that that MXE prosecutions are fairly rare.  I

10  know from talking to Mr. Myers there was a prior court

11  appearance where he raised this kind of issue, and the court

12  suggested that was more a factual issue than a legal issue.

13  Because of some of the issues regarding MXE, there may be an

14  "as applied" challenge with respect to it.  But those are the

15  most likely two motions that I would file.

16         THE COURT:  All right.  This is what I am going to do.

17         I will set the motion deadline for those two motions

18  as November 30, 2017.  The government may have until December

19  15 to respond, and you may reply by December 29, and I will

20  have you all back on January 3 at 2 p.m. for a conference.

21         Does that work for the government?

22         MR. McGINNIS:  Yes, your Honor.

23         THE COURT:  For the defendant?

24         MR. MYSLIWIEC:  Yes, if I can just check the 3rd.

25         THE COURT:  Yes.

9

hau2cooc kjc

1          MR. MYSLIWIEC:  That's good.

2          THE COURT:  And I will hear the government's

3     application.

4          MR. McGINNIS:  Yes, your Honor.  The government would

5     move to exclude time between now and January 3 so that defense

6     counsel can review discovery and prepare motions in preparation

7     for trial.

8          MR. MYSLIWIEC:  We agree.

9          THE COURT:  I find that the ends of justice will be

10    served by granting a continuance to January 3 and that the need

11    for a continuance outweighs the best interest of the public and

12    the defendant in a speedy trial.

13         The reasons for my finding are that time is needed to

14    prepare the motions, brief the motions, the court to consider

15    the motion papers; and, accordingly, the time between now and

16    January 3 is excluded under the Speedy Trial Act.

17         I should say I am excluding the time out of an

18    overabundance of caution, and it is probably not necessary that

19    I exclude the time because I think it is excludable as a matter

20    of law.  But, nevertheless, I will exclude it.

21         Anything further from the government?

22         MR. McGINNIS:  Yes, your Honor.  I just want to make

23    sure I am fully prepared for the January 3 conference.  Do you

24    expect counsel to be prepared to argue the motions at that

25    time.

hau2cooc kjc

1              THE COURT:  I do or to answer questions about them, to

2      argue them, answer questions about them, and also to address

3      any and all issues in this case, including further schedule and

4      further proceedings.  As is always the case, everything is

5      always on the table at every conference.

6              MR. McGINNIS:  Absolutely, your Honor.  Thank you so

7      much.

8              THE COURT:  Okay.  Anything further from the

9      defendant?

10             MR. MYSLIWIEC:  No, your Honor.  Thank you.

11             THE COURT:  Thank you all very much.

12                              oOo

13

14

15

16

17

18

19

20

21

22

23

24

25