```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/17
```

**MIEDEL & MYSLIWIEC LLP**
111 BROADWAY, SUITE 1401
NEW YORK, NEW YORK 10006
Telephone: (212) 616-3042
Fax: (800) 507-8507
fmam@fmamlaw.com

**MEMO ENDORSED**

Florian Miedel, Esq.                                          Aaron J. Mysliwiec, Esq.

November 27, 2017

**Via ECF**
Hon P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.
SO ORDERED
/s/ P. Kevin Castel USDJ
11-28-17

Re:   United States v. Andrew Cook,
      17-cr-147 (PKC)

Dear Judge Castel:

I am writing to respectfully request that the current November 30, 2017 deadline for defense motions be extended to December 7, 2017. If the Court grants this request, then Assistant United States Attorney Michael McGinnis asks that the Government's date to respond be moved from December 15, 2017 to December 22, 2017. I am *not* requesting any change in the reply date of December 29, 2017, *so all briefs would still be submitted to the Court by that date*. Mr. McGinnis has informed me that the Government has no objection to the defense request.

Mr. Cook and the Government are involved in substantive conversations about resolving this case. If the new motion schedule is adopted, the parties may be able to resolve the case without the necessity of filing motions. Some costs that might be involved in drafting such motions may also be avoided at this time, such as the cost for the defense to retain an expert witness.

Thank you for the Court's consideration of this request.

Very truly yours,

/s/

Aaron Mysliwiec

cc:   Michael McGinnis (via ECF & email)
      Assistant United States Attorney

1