


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 8, 2017

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Andrew Cook**, 17 Cr. 147 (PKC)

Dear Judge Castel:

      I write regarding the status conference currently scheduled for January 3, 2018. The parties have reached an agreement on a proposed resolution of this case, and request a change of plea proceeding for December 18, 2017, at 11:45 a.m., which the Government understands is convenient for the Court.

      Respectfully submitted,

      JOON H. KIM
      Acting United States Attorney for the
      Southern District of New York

By: _____
      Michael C. McGinnis
      Assistant United States Attorney
      (212) 637-2305

cc:    Counsel of Record (by ECF)