AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) Case No. 17 Cr. 147 |
| Andrew Cook | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _12/18/2017_

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Aaron Mysliwiec, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. P. Kevin Castel, USDJ
*Judge's printed name and title*

