**MIEDEL & MYSLIWIEC LLP**
111 BROADWAY, SUITE 1401
NEW YORK, NEW YORK 10006
Telephone: (212) 616-3042
Fax: (800) 507-8507
fmam@fmamlaw.com

Florian Miedel, Esq.                                         Aaron J. Mysliwiec, Esq.

February 9, 2018

**Via ECF**
Hon P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Andrew Cook,
                17-cr-147 (PKC)

Dear Judge Castel:

      I represent Andrew Cook in the above-captioned matter. Mr. Cook pleaded guilty before this Court to Count 1 on the Superseding Information, which charged him with conspiracy to introduce into interstate commerce a drug that was misbranded. His sentencing is scheduled for April 27, 2018.

      I write with the consent of the Government to request an adjournment of Mr. Cook's sentencing date. I have retained the services of a forensic psychiatrist, Dr. Alexander Sasha Bardey, who will evaluate Mr. Cook, obtain Mr. Cook's extensive past medical records, and provide the Court with his analysis of Mr. Cook's mental health and/or substance abuse history. It will take Dr. Bardey several weeks to obtain the records and write his report. Dr. Bardey's report will also be relevant to the Department of Probation's considerations in drafting the Pre-Sentence Report and making a sentencing recommendation.

      For these reasons, I respectfully request that Mr. Cook's sentencing date be adjourned to any date between June 19, 2018 and June 28, 2018. The Government consents to this request.

      Thank you for the Court's consideration of this request.

                                            Very truly yours,

                                            /s/

                                            Aaron Mysliwiec
                                            *Attorney for Andrew Cook*

cc:      AUSA Michael McGuiness