

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2018

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Andrew Cook**, S1 17 Cr. 147 (PKC)

Dear Judge Castel:

    I write regarding the sentencing currently scheduled for June 27, 2018 in the above captioned matter. I write on behalf of the parties to request an adjournment of the defendant's sentencing. Counsel for the defendant has informed the Government that he needs additional time to obtain medical records for purposes of the sentencing. In addition, the Government has a scheduling conflict for the week of June 27, 2018. The parties are available the week of July 30, 2018 and August 6, 2018, if any of those dates are convenient for the Court.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: _____
    Michael C. McGinnis
    Assistant United States Attorney
    (212) 637-2305

cc:   Counsel of Record (by ECF)