UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America

          Plaintiff,

Case No. 17cr147 (PKC)

-against-

Andrew Cook

          Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Aaron Mysliwiec__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AM6258      My State Bar Number is 41678670

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Miedel & Mysliwiec LLP
                FIRM ADDRESS: 111 Broadway, Suite 1401, New York NY 10006
                FIRM TELEPHONE NUMBER: (212) 616 - 3042
                FIRM FAX NUMBER: (800) 507 - 8507

NEW FIRM:    FIRM NAME: Miedel & Mysliwiec LLP
                FIRM ADDRESS: 80 Broad Street, Suite 1900, New York NY 10004
                FIRM TELEPHONE NUMBER: (212) 616 - 3042
                FIRM FAX NUMBER: (800) 507 - 8507

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 05/22/2018

                                                        ATTORNEY'S SIGNATURE