MIEDEL & MYSLIWIEC LLP<br>
111 BROADWAY, SUITE 1401<br>
NEW YORK, NEW YORK 10006<br>
Telephone: (212) 616-3042<br>
Fax: (800) 507-8507<br>
fmam@fmamlaw.com

Florian Miedel, Esq.                                                                                 Aaron J. Mysliwiec, Esq.

July 24, 2018

**Via ECF**
Hon P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

            Re:    United States v. Andrew Cook,
                    17-cr-147 (PKC)

Dear Judge Castel:

      I represent Andrew Cook in the above-captioned matter. Mr. Cook pleaded guilty before this Court to Count 1 on the Superseding Information, which charged him with conspiracy to introduce into interstate commerce a drug that was misbranded. His sentencing is scheduled for August 1, 2018.  The deadline for Mr. Cook's sentencing submission was Friday, July 20, 2018.  I was not able to finalize the redacted submission until this morning and I filed it by ECF earlier today.  Yesterday, I served the Government with a copy of the unredacted submission and exhibits. I conferred with Assistant United States Attorney Michael McGinnis on Friday, July 20, 2018 and he did not object to additional time for me to serve the Government with Mr. Cook's sentencing submission.  He requested that if I needed the additional time, that I request that the Court extend the government's deadline to submit its sentencing memorandum from July 25, 2018 to July 28, 2018.

      For these reasons, I respectfully request that the Court accept Mr. Cook's sentencing submission as filed earlier today and extend the Government's deadline to July 28, 2018 for filing its sentencing submission.

      Thank you for the Court's consideration of this request.

                                                                        Very truly yours,

                                                                         /s/

                                                                       Aaron Mysliwiec
                                                                       *Attorney for Andrew Cook*

cc:       AUSA Michael McGuiness
            By ECF